| | |
|---|---|
| GEORGE FARLEY, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | IN ADMIRALTY |
| vs. | CASE NO.: |
| OCEANIA CRUISES, INC., | |
| Defendant._____/ | |

## COMPLAINT

Plaintiff, GEORGE FARLEY, sues Defendant, OCEANIA CRUISES, INC. (herein referred to as Oceania) and alleges:

### INTRODUCTION

1. This is an action for personal injuries and damages sustained by the Plaintiff while a passenger on Defendant's cruise ship. This action arises under the Admiralty and Maritime jurisdiction of this Court.

### JURISDICTION

2. This action arises under the Admiralty and Maritime Law of the United States, within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This Court has jurisdiction over this action pursuant to 28 USC §1333.

### VENUE

3. The venue of this proceeding is proper in the Southern District of Florida because the ticket contract between the parties contains a forum selection clause designating the United States District Court, Southern District of Florida, as the exclusive venue for any action of this nature brought against this Defendant.

- 1 -



STABINSKI & FUNT, P.A.
ATTORNEYS AT LAW

757 NW 27th Avenue, Third Floor | Miami, FL 33125 | Tel: 305-643-3100 | Fax: 305-643-1382

Case No.:

## PARTIES

4. The Plaintiff, GEORGE FARLEY, is a resident of the State of South Carolina over the age of 18 years and sui juris in all other respects.

5. The Defendant, OCEANA CRUISES, INC., is a Liberian Corporation with its principal place of business in Miami Dade County, Florida

## (LEGAL AND FACTUAL ALLEGATIONS)

Plaintiff sues Defendant and says:

6. At all times material hereto the Defendant, OCEANA, owned, operated, managed, maintained and/or controlled the cruise ship vessel "Marina".

7. On or about February 6, 2012, Plaintiff, GEORGE FARLEY, was a passenger aboard the "Marina" cruise ship.

8. Defendant, OCEANA, had a continuing duty to provide Plaintiff with reasonable care under the circumstances during the cruise.

9. On or about February 6, 2012, Plaintiff, GEORGE FARLEY, was carefully walking towards the exercise center when he tripped over the leg of a lounge chair which was extended into the aisle causing Mr. Farley to fall causing serious personal injuries.

10. The leg of the lounge chair extending into the pedestrian walkway constituted a dangerous and hazardous condition of which defendant had actual or constructive knowledge. Alternatively, the Defendant created this dangerous and hazardous condition by its actions at the area where the accident occurred.

STABINSKI & FUNT, P.A.
ATTORNEYS AT LAW
757 NW 27th Avenue, Third Floor | Miami, FL 33125 | Tel: 305-643-3100 | Fax: 305-643-1382

Case No.:

11. At all times material hereto, Defendant, OCEANIA, had either actual and/or constructive knowledge of this dangerous condition and that it posed a hazard to guests walking in the common area on deck 14 but failed to warn the Plaintiff and other guests of the dangerous and hazardous condition and failed to take corrective action regarding same.

12. At all times material hereto, OCEANIA, negligently failed to determine the existence of the hazard, failed to eliminate the hazard, failed to modify the hazard and failed to warn passengers of the hazard.

13. As a direct and proximate cause of the Defendant's negligence, Plaintiff, GEORGE FARLEY, suffered bodily injury, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment and loss of earnings and earning capacity. These injuries are either permanent and/or continuing in nature and the Plaintiff, GEORGE FARLEY, will suffer these losses and impairment in the future.

WHEREFORE Plaintiff, GEORGE FARLEY, demands judgment for damages against OCEANIA CRUISES, INC., plus the costs of this action and for such other and further relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury of all issues triable as a matter of right by a

STABINSKI & FUNT, P.A.
ATTORNEYS AT LAW
757 NW 27th Avenue, Third Floor | Miami, FL 33125 | Tel: 305-643-3100 | Fax: 305-643-1382

Case No.:

jury.

Dated this _____ day of January, 2013.

                STABINSKI & FUNT, P.A.
                Attorneys for Plaintiff
                757 NW 27th Avenue, 3rd Floor
                Miami, FL  33125
                T:  (305) 643-3100
                F:  (305) 643-1382
                E:  mpress@stabinski-funt.com
                E:  service@stabinski-funt.com

                _____
                Mark D. Press, Esq.
                Fla Bar No.:  187164

- 4 -